United States District Court
Southern District of Texas

**ENTERED**

June 22, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULIA AGIM, ET AL., | § | |
| | § | |
| Plaintiffs. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-02631 |
| | § | |
| SELENE FINANCE, L.P., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On November 27, 2019, this case was referred to United States Magistrate Judge

Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 16. On June 1, 2020, Judge

Edison filed a Memorandum and Recommendation (Dkt. 20) recommending that

Defendants' Motion for Summary Judgment and Motion for Judgment on the Pleadings

("Defendants' Motion for Summary Judgment") (Dkt. 19) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation.

Accordingly, the Court reviews the Memorandum and Recommendation for plain error on

the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there

is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED**

and **ADJUDGED** that:

(1)  Judge Edison's Memorandum and Recommendation (Dkt. 20) is
**APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)     Defendants' Motion for Summary Judgment (Dkt. 19) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 22nd day of June, 2020.

_____

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE